IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| | : CRIMINAL NO. ELH 16-0155 |
| v. | : |
| | : |
| MICHAEL KEY | : |

**ORDER FOR DISMISSAL**

On April 14, 2016, the defendant in the above captioned case was charged in a one-count indictment with possession of a firearm after a prior felony conviction in violation of 18 U.S.C. § 922(g). After a further examination of the evidence, the Government believes that dismissal of the case against the defendant is appropriate. Therefore, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the District of Maryland hereby dismisses without prejudice the indictment filed against Michael Key in the above captioned case.

Rod J. Rosenstein
United States Attorney

By _____/s/_____
Clinton J. Fuchs
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                    _____
Date                              Honorable Ellen L. Hollander
                                  United States District Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
**Advice to U.S. Marshal**: 1. Defendant is in federal custody