# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| **v.** | : | **CRIMINAL NO. ELH-16-0155** |
| **MICHAEL KEY** | : | |

..o0o...

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of David Metcalf, Assistant United States Attorney on behalf of the United States as counsel in the above-referenced matter.

                                                    Respectfully submitted,

                                                    Rod J. Rosenstein
                                                    United States Attorney

                                                    _____/s/_____
                                                    David Metcalf
                                                    Assistant United States Attorney
                                                    36 South Charles St., 4th Floor
                                                    Baltimore, Maryland 21201